No. 473. BAKER, ANCILLARY RECEIVER, *v.* W. J. KENNEDY DAIRY CO. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth

Circuit denied. *Mr. Isadore Levin* for petitioner. *Messrs. James R. Breakey, Frank C. Cook,* and *John P. O'Hara* for respondent.